**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CARPENTERS AND JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS VACATION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, and CARPENTERS & JOINERS DEFINED CONTRIBUTION PLAN,

Plaintiffs,

v.

MIKKELSON-WULFF CONSTRUCTION, INC., and BRUCE WULFF,

Defendants.

Civil No. 02-52 (DWF/AJB)

**ORDER OF DISMISSAL**

---

David Anderson, Esq., and Pamela Nissen, Esq., McGrann Shea Anderson Carnival Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-7035, counsel for Plaintiffs.

William Hull, Esq., Coleman Hull & van Vliet, 8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN 55437, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 29, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 29 2003
Richard D. Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________