**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CARPENTERS AND JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS VACATION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, and CARPENTERS & JOINERS DEFINED CONTRIBUTION PLAN,

Civil No. 02-52 (DWF/AJB)

Plaintiffs,

v.

**ORDER OF DISMISSAL**

MIKKELSON-WULFF CONSTRUCTION, INC., and BRUCE WULFF,

Defendants.

---

David Anderson, Esq., and Pamela Nissen, Esq., McGrann Shea Anderson Carnival Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-7035, counsel for Plaintiffs.

William Hull, Esq., Coleman Hull & van Vliet, 8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN 55437, counsel for Defendants.

---

The Court having been duly advised by Plaintiff's counsel that an extension of the Court's Order of Dismissal is desired by all parties to facilitate the finalization of the settlement in the above-referenced matter,

**IT IS ORDERED** that the Court's Order (Doc. 18) is hereby amended to add an additional fourteen (14) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 12, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed JUL 1 1 2003
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______